# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **SHIRLEY KLEIN** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 1:14-CV-00154-SS |
| **WELLS FARGO BANK, NA;** | § |
| **AMERIPRO FUNDING, INC. d/b/a** | § |
| **LAND MORTGAGE; and** | § |
| **DAVID ACKEL** | § |
| | § |
| **Defendants.** | § |

## AMERIPRO FUNDING, INC. D/B/A LAND MORTGAGE'S CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE DISTRICT COURT JUDGE:**

COMES NOW, Defendant AmeriPro Funding, Inc. d/b/a Land Mortgage ("AmeriPro") and files this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. The following corporations directly or indirectly own 10% or more of any class of AmeriPro's equity interest:

1. Tenura Holdings, Inc.

The following entities and/or persons are financially interested in the outcome of this case:

1. Shirley Klein;

2. AmeriPro;

3. Wells Fargo, NA; and

4. David Ackel.

These are the only parties know to AmeriPro at this time to be financially interested in the outcome of this litigation.

Respectfully submitted,

**KAPIOLTAS, FORNI & OLIVER, PLLC**

By:  */s/ Tom Kapioltas*
     Thomas L. Kapioltas
     Texas Bar No. 24032614
     3838 Oak Lawn Avenue, L 100
     Dallas, Texas 75219
     T: (214) 764-9232
     F: (888) 223-8151
     Email: tom@kfolaw.com

**COUNSEL FOR AMERIPRO**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Corporate Disclosure Statement has been served on the below parties in accordance with the Texas Rules of Civil Procedure on February 19, 2014 as shown below.

By:  */s/ Tom Kapioltas*
     Thomas L. Kapioltas

William B. Gammon
E. Jason Billick
**GAMMON LAW OFFICE, PLLC**
1201 Spyglass Drive, Ste. 100
Austin, Texas 78746
<u>Via Fax (888) 545-4279</u>

**Counsel for Plaintiff**

Wells Fargo Bank, NA
c/o CT Corporation System
1999 Bryan Street, Ste. 900
Dallas, Texas 75201-3136
<u>Via Certified Mail, Return Receipt Requested</u>

David Ackel
506 King Elder Lane
Austin, Texas 78613
<u>Via Certified Mail, Return Receipt Requested</u>